UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN CLINTON,

        Plaintiff,                               Case No. 1:24-CV-1110

v                                                Hon. Paul L. Maloney

STATE OF MICHIGAN, et al,

        Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated:  October 25, 2024                      /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge