UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN CLINTON,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1110

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiate this lawsuit by filing his complaint on October 23, 2024.  On November 22, 2024, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed in part upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 9) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED as to Defendants the State of Michigan, the 7th District Court, Van Buren County, Michigan, and Judge Arthur Clarke III for the reasons stated in the Report and Recommendation.  The complaint will proceed against South Haven Police Officer Mike Knizewski at this time.

Dated:  December 17, 2024

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge