UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN CLINTON,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1110

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: July 28, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge